# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WAFB | E 1441359 | Blankenship, W | B6127 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/19/2024 4:30 p.m.
Offense Charged: W.S. § 31-5-301(b) — State Code
Place of Offense: Bannock Rd, FEW AFB, WY, 82001
Offense Description: Factual Basis for Charge: Speeding 33/15
HAZMAT: ☐

### DEFENDANT INFORMATION
Last Name: Wheeler
First Name: Jordan
MI: B

Tag No.: 2861  State: WY  Year: 2022  Make/Model: Kia/Seltos  Color: Gry

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$102.00 Forfeiture Amount
+ $30 Processing Fee
$132.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: 2120 Capitol Ave, Cheyenne, WY 82001
Date: 09/18/2024
Time: 9:30 a.m.

X Defendant Signature: [signed]

Original - CVB Copy

*E1441359*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 07/19/2024 while exercising my duties as a law enforcement officer in the WAFB District of Wyoming.

See Attached Document

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/19/2024  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident